IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ZACKERY REID, <br><br> Plaintiff, <br><br> v. <br><br> ACE HARDWARE OF GRAY, INC., <br><br> Defendant. | Civil Action No.: <br><br> 5:20-cv-00437-TES |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff Zackery Reid and Defendant Ace Hardware of Gray, Inc., by and through the undersigned counsel, hereby stipulation to the **DISMISSAL** of this case **WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party bearing its own attorney's fees and costs. The Parties further request that the Clerk of Court mark this case as **CLOSED**.

Respectfully submitted, this 19th day of August, 2021.

| | |
|---|---|
| /s/ Kenneth E. Barton III <br> **KENNETH E. BARTON III** <br> Georgia Bar No. 301171 <br> JOHN M. MCCALL <br> Georgia Bar No. 778954 <br> *Attorneys for Plaintiff* <br><br> COOPER, BARTON & COOPER, LLP <br> 170 College Street <br> Macon, Georgia 31201 <br> (478) 841-9007 telephone <br> (478) 841-9002 facsimile <br> keb@cooperbarton.com <br> jmm@cooperbarton.com | /s/ Tiffany N. Taylor <br> *With Express Permission* <br> CHAD A. SHULTZ <br> Georgia Bar No. 644440 <br> TIFFANY N. TAYLOR <br> Georgia Bar No. 948812 <br> *Attorneys for Defendant* <br><br> **GORDON REES SCULLY MANSUKHANI, LLP** <br> 55 Invan Allen Jr. Blvd. NW <br> Suite 750 <br> Atlanta, Georgia 30308 <br> (404) 869-9054 <br> cshultz@grsm.com <br> ttaylor@grsm.com |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing STIPULATION OF DISMISSAL to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following counsel of record, who are CM/ECF participants:

Chad A. Shultz, Esq.
Tiffany N. Taylor, Esq.
Gordon Rees Scully Mansukhani, LLP
555 Ivan Allen Jr. Blvd. NW, Suite 750
Atlanta, Georgia 30308
cshultz@grsm.com
ttaylor@grsm.com
*Attorneys for Defendant*

This 19th day of August, 2021.

KENNETH E. BARTON III
Georgia Bar No. 301171
JOHN M. MCCALL
Georgia Bar No. 778954
*Attorneys for Plaintiff*

COOPER, BARTON & COOPER, LLP
170 College Street
Macon, Georgia 31201
(478) 841-9007 telephone
(478) 841-9002 facsimile
keb@cooperbarton.com
jmm@cooperbarton.com